313 So.2d 208

### In re Ricky MALLORY

### v.

### STATE.

### Ex parte Ricky Mallory.

### SC 1274.

Supreme Court of Alabama.

May 22, 1975.

Michael Crespi, Birmingham, for petitioner.

No appearance for respondent, the State.

MERRILL, Justice.

Petition of Ricky Mallory for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Mallory v. State, 55 Ala.App. 82, 313 So.2d 203.

Writ denied.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.

318 So.2d 775

### In re Billy Rayford MARTIN

### v.

### STATE.

### Ex parte Billy Rayford Martin.

### SC 1442.

Supreme Court of Alabama.

Sept. 18, 1975.

Robert S. Thomas, Scottsboro, for petitioner.

No appearance for the State.

BLOODWORTH, Justice.

Petition of Billy Rayford Martin for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Martin v. State, 56 Ala.App. 33, 318 So.2d 772.

Writ denied.

HEFLIN, C. J., and FAULKNER, ALMON and EMBRY, JJ., concur.

313 So.2d 552

### In re Gerald MATHENY

### v.

### STATE of Alabama.

### Ex parte Gerald Matheny.

### SC 1238.

Supreme Court of Alabama.

May 1, 1975.

Rehearing Denied May 29, 1975.

J. Paul Lowery, Montgomery, and Robert Eugene Smith, Atlanta, Ga., for petitioner.

None for the State.

FAULKNER, Justice.

In denying this writ it is not to be understood that this court approves or disapproves all of the language used in the opinion rendered by the Court of Criminal Appeals in this case, 55 Ala.App. 119, 313 So.2d 547.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, ALMON and EMBRY, JJ., concur.